UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Francisco Javier Jimenez Ramirez, Petitioner<br>v.<br>Todd Blanche, et al., Respondents | Case No. 2:26-cv-02400-CDS-NJK<br>**Order Setting Expedited Briefing on Petitioner's Motion to Enforce**<br>[ECF No. 7] |

On September 1, 2026, counsel for petitioner Francisco Javier Jimenez Ramirez filed a motion seeking enforcement of this court's prior order (ECF No. 3) prohibiting transfer of the petitioner out of this district except for lawful deportation and, in the event of lawful deportation, requiring the respondents to file a notice of removal within five days of that removal. ECF No. 7. In the motion, counsel asserts that Jimenez Ramirez was removed to Mexico and seeks an order requiring the respondents "to provide evidence [he] was lawfully removed to Mexico and why [he] was removed despite this Court's August 18, 2026 order." *Id.* at 3. Upon review of the motion, I find expedited briefing is warranted. Accordingly, the respondents are ordered to file a response to the motion by September 10, 2026. No extensions will be permitted.

Dated: September 4, 2026

Cristina D. Silva
United States District Judge