UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Francisco Javier Jimenez Ramirez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02400-CDS-NJK

**Order Granting Motion to Enforce and Order to Show Cause**

[ECF No. 7]

On September 1, 2026, counsel for petitioner Francisco Javier Jimenez Ramirez filed a motion seeking enforcement of this court's prior order (ECF No. 3) prohibiting transfer of the petitioner out of this district except for lawful deportation and, in the event of lawful deportation, requiring the respondents to file a notice of removal within five days of that removal. ECF No. 7. Specifically, Jimenez Ramirez seeks an order requiring the respondents "to provide evidence [he] was lawfully removed to Mexico and why [he] was removed despite this Court's August 18, 2026 order." *Id.* at 3. I ordered the respondents to file an expedited opposition by September 10, 2026, and informed them that no extensions would be permitted. ECF No. 8. The respondents failed to file an opposition and thus have consented to the granting of Jimenez Ramirez's motion. LR 7-2(d).

Having reviewed the motion, and finding good cause therein, the motion **[ECF No. 7] is granted**. The respondents are ordered to produce the following documents to the petitioner's counsel by September 21, 2026:

1. Petitioner's I-213 (Record of Deportable or Inadmissible Alien);
2. A copy of any prior orders of supervision for petitioner;
3. A copy of any revocation of an order(s) of supervision for petitioner;
4. A copy of the petitioner's notice of intent to remove petitioner to Mexico;
5. A copy of the petitioner's reasonable fear interview;

6. Any other records related to a process for screening the petitioner for fear of removal to Mexico; and
7. Petitioner's I-205 (Warrant of Removal or Deportation).

The respondents must file a notice of compliance upon producing these documents to petitioner's counsel.

It is further ordered that the respondents are ordered to show cause, in writing, no later than September 23, 2026, explaining why they failed to file their notice of removal within five days as previously ordered by this court.

Dated: September 11, 2026

______________________________
Cristina D. Silva
United States District Judge